**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 1:12-cv-198 |
| F.S. SCHARDEIN & SONS, INC. | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on the Report and Recommendation (Dkt. No. 12) of the Magistrate Judge dated June 5, 2012, recommending that default judgment be entered in favor of the Plaintiffs against Defendant F.S. Schardein & Sons, Inc. ("F.S. Schardein"). No objections have been filed as of the date of this Order.

The Court conducted a *de novo* review of the record in this case and hereby adopts the findings and recommendation of the Magistrate Judge.[1] Accordingly, it is hereby

ORDERED that judgment is entered in favor of Plaintiffs against Defendant F.S. Schardein in the amount of $8,162.70, plus interest on delinquent contributions continuing to accrue at 12% per annum from May 11, 2012, until full payment is made. The Defendant is also ENJOINED from violating the terms of the Plaintiffs' employee benefit plans and ORDERED to submit timely contributions and reports to Plaintiffs' funds.

June 21, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

[1] Page 7 of the Magistrate Judge's Report & Recommendation mistakenly refers to Martinez Mechanical, Inc. This is a typo, which this Court does not adopt. The appropriate reference is to Defendant F.S. Schardein.